# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEVADA
# RENO DIVISION

| | |
|---|---|
| In re ) | Chapter 7 |
| ) | |
| MEL LINDSEY PHENICIE, ) | Case No. 3-10-bk-51862 |
| ) | |
| Debtor(s) ) | BANKRUPTCY JUDGE |
| ) | GREGG W ZIVE |

**REQUEST OF RECOVERY MANAGEMENT SYSTEMS CORP.
FOR SERVICE OF NOTICES PURSUANT TO FED. R. BANKR. P. 2002(g)**

PLEASE TAKE NOTICE that Recovery Management Systems Corporation ("Recovery Management"), as authorized agent for Capital Recovery III LLC (HSBC), a creditor in the above-captioned chapter 7 case, requests, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure (the Bankruptcy Rules) and sections 102(1), 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (as amended, the Bankruptcy Code), that all notices given or required to be given and all papers served or required to be served in this case be also given to and served, whether electronically or otherwise, on:

    Capital Recovery III LLC
    c/o Recovery Management Systems Corp.
    25 SE 2nd Avenue, Suite 1120
    Miami, FL 33131-1605
    Attn: Ramesh Singh
    Telephone: (305) 379-7674
    Facsimile: (305) 374-8113
    E-mail: claims@recoverycorp.com

Dated: Miami, Florida
May 31, 2010

                By: /s/ Ramesh Singh

                Ramesh Singh
                c/o Recovery Management Systems Corp.
                Financial Controller
                25 SE 2nd Avenue, Suite 1120
                Miami, FL 33131-1605
                (305) 379-7674

Assignee Creditor: HSBC