**Entered on Docket**
**July 09, 2010**

_____
**Hon. Gregg W. Zive**
**United States Bankruptcy Judge**
_____

NICHOLAS STROZZA, ASSISTANT U.S. TRUSTEE
State Bar # CA 117234
WILLIAM B. COSSITT, #3484
OFFICE OF THE UNITED STATES TRUSTEE
300 Booth Street, Room 3009
Reno NV 89509
Telephone: (775) 784-5335
Fax: (775) 784-5531

Attorneys for Acting United States Trustee
Sara L. Kistler

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>MEL LINDSEY PHENICIE<br><br><br>_____<br>Debtor | Case no: BK-N-10-51862-GWZ<br>Chapter: 7<br><br>STIPULATION TO DISMISS<br>BANKRUPTCY CASE<br>& ORDER DISMISSING CASE<br><br>Hearing Date:    n/a<br>Hearing Time:    n/a |

    Trustee Angelique L.M. Clark, the Acting United States Trustee, by and through her attorney Nicholas Strozza, and Mel Lindsey Phenicie, appearing pro se, hereby stipulate to the following facts and request entry of this Order dismissing this case.

    1.  The Debtor, Mel Lindsey Phenicie, filed a chapter 7 bankruptcy case in the District of Nevada on May 14, 2010, designated as case BK-N-10-51862-GWZ.

    2.  The Debtor failed to obtain credit counseling as required pursuant to 11 U.S.C.

§109(h)(1), during the 180-day period **preceding** the date of filing for bankruptcy relief from an approved credit counseling agency.

3. Based upon the requirements of 11 U.S.C. §109, the Debtor is not entitled to be a debtor under title 11 of the United States Code.

4. Trustee Angelique L. M. Clark, the Acting U.S. Trustee and the Debtor stipulate to dismissal of this bankruptcy case without prejudice, prior to entry of a discharge in this matter.

DATED this ___ day of June, 2010

OFFICE OF THE UNITED STATES TRUSTEE

/s/ NICHOLAS STROZZA
Attorney for the Acting United States Trustee

DATED this ___ day of June, 2010

MEL LINDSEY PHENICIE

By: MEL LINDSEY PHENICIE

DATED this ___ day of June, 2010

TRUSTEE ANGELIQUE L. M. CLARK

/s/ TRUSTEE ANGELIQUE L. M. CLARK

Pursuant to the above stipulation, and good cause appearing,

IT IS HEREBY ORDERED that this case is **DISMISSED** without prejudice, and, the limitations on the automatic stay and the presumption of lack of good faith, as provided by 11 U.S.C. § 362(c)(3), shall not apply if the Debtor refiles for relief under the Bankruptcy Code.

###